IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MICHELLE ESBENSEN,                    :
Plaintiff,                            :        CIVIL ACTION
                                      :
        v.                            :
                                      :        NO. 19-1633
                                      :
ANDREW SAUL,[1]                       :
Commissioner of Social Security,      :
Defendant.                            :

## ORDER

AND NOW, this 14th day of October, 2020, following upon consideration of Plaintiff's "Brief in Support of Motion for Summary Judgment" ("Pl. Br.") (Doc. 12) and "Defendant's Response to Request for Review of Plaintiff" ("Def. Br.") (Doc. 15), and for reasons set out in the accompanying memorandum opinion, it is hereby **ORDERED** that Plaintiff's request for review is **DENIED** and final decision of the Commissioner denying disability benefits is **AFFIRMED**. The Clerk of Court is shall to mark this case **CLOSED** for statistical purposes.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE

[1] Andrew Saul became the Acting Commissioner of Social Security on June 17, 2019. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Mr. Saul should be substituted as the defendant in this action. No further action need be taken to continue this suit pursuant to section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).